# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| LISA BROWN, | ) | CASE NO. 1:22-cv-00516 |
| | ) | |
| Plaintiff, | ) | JUDGE MATTHEW W. MCFARLAND |
| | ) | |
| v. | ) | |
| | ) | |
| BOB EVANS RESTAURANTS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED NOTICE OF DISMISSAL

Now come Plaintiff Lisa Brown and Defendants, Bob Evans Restaurants, LLC and Jerry Abrams (collectively, "the Parties"), through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in this case, with prejudice.

Each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/Elizabeth A. Callan | /s/Matthew G. Bruce |
| Elizabeth A. Callan (0078969) | Matthew G. Bruce (0083769) |
| **VORYS, SATER, SEYMOUR AND PEASE LLP** | **SPITZ, THE EMPLOYEE'S LAW FIRM** |
| 301 East Fourth Street, Suite 3500 | Spectrum Office Tower |
| Cincinnati, OH 45202 | 11260 Chester Road, Suite 825 |
| Telephone: 513-723-4016 | Cincinnati, OH 45246 |
| Fax: 513-723-4056 | Phone: (216) 291-4744 |
| Email: eacallan@vorys.com | Fax: (216) 291-5744 |
| | Email: matthew.bruce@spitzlawfirm.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |